**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Maryland__
                 (State)

Case number (if known) _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Platinum Moving Services, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Platinum Moving Services, LLC

3. **Debtor's federal Employer Identification Number (EIN)**

   2 6 – 2 0 1 7 8 0 6

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 7610 Rickenbacker Drive, Office P | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Gaithersburg    MD    20879 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Montgomery | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**    https://platinum-moving.com/

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  Platinum Moving Services, Inc._____  Case number (if known)_____
         Name

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   4 8 4 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor  Platinum Moving Services, Inc.  Case number (if known) _____
              Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
          District _____ When _____ Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                  MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street

    _____
    City                                          State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor  Platinum Moving Services, Inc.  Case number (if known) _____
      Name

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 22 / 2022
            MM / DD / YYYY

X _Raquel Fazio_____      _Raquel Fazio_____
Signature of authorized representative of debtor    Printed name

Title  Owner

---

Debtor  Platinum Moving Services, Inc.　　　　　　　　　　　Case number (if known) _____
　　　　Name

18. Signature of attorney    ✗ _/s/ Diana Valle_____    Date  12/22/2022
                              Signature of attorney for debtor              MM / DD / YYYY

　　　　　　　　　　　　　　　Diana C. Valle
　　　　　　　　　　　　　　　Printed name
　　　　　　　　　　　　　　　The Valle Law Firm, LLC
　　　　　　　　　　　　　　　Firm name
　　　　　　　　　　　　　　　3　　　Bethesda Metro Center, Ste. 700
　　　　　　　　　　　　　　　Number　　Street
　　　　　　　　　　　　　　　Bethesda　　　　　　　　　　　　　MD　　　20814
　　　　　　　　　　　　　　　City　　　　　　　　　　　　　　　State　　ZIP Code

　　　　　　　　　　　　　　　301-760-4204　　　　　　　　　　diana.valle@vallelawfirm.com
　　　　　　　　　　　　　　　Contact phone　　　　　　　　　　Email address

　　　　　　　　　　　　　　　18377　　　　　　　　　　　　　　MD
　　　　　　　　　　　　　　　Bar number　　　　　　　　　　　State

United States Bankruptcy Court
District of Maryland

In Re: Platinum Moving Services, Inc.              Case Number:

           Debtor(s)                                Chapter:    11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12-22-2022          Signature of Debtor(s):  /s/ Raquel Fazio
                                                   /s/ Raquel Fazio

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

M&T Bank
One Fountain Plaza
Buffalo, New York 14203

Airpark Equities
c/o Time Equities
55 Fifth Avenue
New York, NY 10003

Simply Funding, LLC
1170 Rt 17M, Suite 2
ChesterState, NY 10918

FORWARDING FINANCE
53 State Street
Boston, MA 021109

Wellen Capital
600 W. Jackson Blvd. Suite 750
Chicago IL 60661

Integra Plus
12276 Wilkins Ave, Studio 304
Rockville, MD 20852

IMPERIAL PFS
C/O GB Collects
1253 Haddonfield Berling Rd.
Voorhees NJ 08043-4847

PICORP INC
6508 East Lombard St.
Baltimore, MD 21224

ARNOLD PACKAGING
1900 Finishing Mill Rd.,Ste. 100
Sparrows Point MD 21219

MOVE ONE FZE
Building No.7WA 2043
P.O. Box 293505
Dubai Airport Free Zone
Dubai, UAE

AIDU International Relocation Services
(Beijing) Co., LTD
Room 812, Bldg 1, Xiangqinyuan
Konggang St, Shunyi District, Beijing
101318, China

JOHN GRAY MOVING & STORAGE
9295- 1219 Quebec Inc
1405 Boulevard Hymus
Doral, Quebec H9P 1J5

BALDERAS S.A. de C.V.
Av. Miras 83, Lomas de Becerra
Alvaro Obregon, Mexico D.F.
C.P. 01280

PUTTERS INTERNATIONALNV
Erasmuslaan 30,
B-1804 Cargovil Brussels
Belgium

CONSOLIDATED STRATEGIES
Unit 1C Phillippine Trade Center
No. 14 Calle Industria
Bagumbayan
Quezon City, Philippines

MITCHELL Moving and Storage
18800 Southcenter Parkway
Seattle, WA 98188

GOSSELIN Mobility NV
Belcrownlaan 23
Antwerpen
Belgium

AGS Group
Lords View Industrial Park
2 Oak Road, Chloorkop, Midrand 1619
Johannesburg Midrand Gauteng 1685
South Africa

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | * |
| Platinum Moving Services, Inc. | * Chapter 11 <br> * Case No: |
| Debtor(s). | * |

## CORPORATE OWNERSHIP STATEMENT

I, Raquel Fazio, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this statement because I am l am the president or other officer or an authorized agent of the Debtor corporation; and

2. There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity.

Date: 12-22-2022

By: Raquel Fazio

Name: Raquel Fazio

Page **1** of **1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Platinum Moving Services, Inc.<br><br>Debtor(s). | Chapter 11<br>Case No: |

### DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C. § 1116

I, Raquel Fazio, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have personal knowledge of the matters set forth in this statement because I am l am the president or other officer or an authorized agent of the Debtor corporation; and

2. No cash flow statement and statement of operations have been prepared.

Date: 12-22-2022

By: *Raquel Fazio* (signature)

Name: Raquel Fazio

Page 1 of 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Platinum Moving Services, Inc. |
| United States Bankruptcy Court for the: | District of Maryland (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Jeremy T. Scheetz<br>202-803-9940<br>1111 Constitution Ave NW<br>K-5100<br>Washington, DC 20002 | Taxes | disputed | | | 5,505.85 |
| 2 | M&T Bank<br>One Fountain Plaza<br>Buffalo, New York  14203 | M&T Bank<br>One Fountain Plaza<br>Buffalo, New York  14203<br>800-724 -2240 | Line of credit | | | | 240,000 |
| 3 | Airpark Equities<br>c/o Time Equities<br>55 Fifth Avenue<br>New York, NY 10003 | Brad Borden<br>Airpark Equities<br>c/o Time Equities<br>55 Fifth Avenue<br>New York, NY 10003<br>917-693-0089 | Leasing Agreement | | | | 235,445.41 |
| 4 | Simply Funding, LLC<br>1170 Rt 17M, Suite 2<br>ChesterState, NY 10918 | Richard M Kind<br>Law Offices Kind & Dashoff, LLC<br>One Church Lane<br>Baltimore, MD 21208 | Loan | | 61,032.07 | 56,782.76 | 4,249.31 |
| 5 | FORWARDING FINANCE<br>53 State Street<br>Boston, MA 021109 | FORWARDING FINANCE<br>53 State Street<br>Boston, MA 021109<br>617 456  8299 | Loan | | | | 30,906.39 |
| 6 | Wellen Capital<br>600 W. Jackson Blvd. Suite 750<br>Chicago IL 60661 | Wellen Capital<br>600 W. Jackson Blvd. Suite 750<br>Chicago IL 60661<br>888-903-6130 | Loan | | | | 34,686.25 |
| 7 | Integra Plus<br>12276 Wilkins Ave, Studio 304<br>Rockville, MD 20852 | Jorge Hurtate<br>Integra Plus<br>12276 Wilkins Ave, Studio 304<br>Rockville, MD 20852<br>301-793-2559 | Professional services | | | | 10,680.00 |
| 8 | IMPERIAL PFS<br>C/O GB Collects<br>1253 Haddonfield Berling Rd.,<br>Voorhees NJ 08043-4847 | IMPERIAL PFS<br>C/O GB Collects<br>1253 Haddonfield Berling Rd.,<br>Voorhees NJ 08043-4847<br>888-688-5700 | Insurance | | | | 2,400.00 |

Debtor  **Platinum Moving Services, Inc.**   Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PICORP INC<br>6508 East Lombard St.<br>Baltimore, MD 21224 | PICORP INC<br>6508 East Lombard St.<br>Baltimore, MD 21224<br>410-633-7800 | services | | | | 3645.30 |
| 10 | ARNOLD PACKAGING<br>1900 Finishing Mill Rd.,Ste. 100<br>Sparrows Point MD 21219 | ARNOLD PACKAGING<br>1900 Finishing Mill Rd.,Ste. 100<br>Sparrows Point MD 21219<br>855-276-6537 | supplies | | | | 1409.51 |
| 11 | MOVE ONE  FZE<br>Building No.7WA 2043<br>P.O. Box 293505<br>Dubai Airport Free Zone<br>Dubai, UAE | MOVE ONE  FZE<br>Building No.7WA 2043<br>P.O. Box 293505<br>Dubai Airport Free Zone<br>Dubai, UAE<br>971-4-438-5300 | services | | | | 1798.00 |
| 12 | AIDU International Relocation Services (Beijing) Co., LTD<br>Room 812, Bldg 1,  Xiangqinyuan Konggang St, Shunyi District, Beijing 101318, China | AIDU International Relocation Services (Beijing) Co., LTD<br>Room 812, Bldg 1,  Xiangqinyuan Konggang St, Shunyi District, Beijing 101318, China<br>86-10-84720580 | services | | | | 1690.00 |
| 13 | JOHN GRAY MOVING & STORAGE<br>9295- 1219 Quebec Inc<br>1405 Boulevard Hymus<br>Doral, Quebec H9P 1J5 | JOHN GRAY MOVING & STORAGE<br>9295- 1219 Quebec Inc<br>1405 Boulevard Hymus<br>Doral, Quebec H9P 1J5<br>+1 514-694-7945 | services | | | | 7585.25 |
| 14 | BALDERAS S.A. de C.V.<br>Av. Miras 83, Lomas de Becerra Alvaro Obregon,  Mexico D.F. C.P. 01280 | BALDERAS S.A. de C.V.<br>Av. Miras 83, Lomas de Becerra Alvaro Obregon,  Mexico D.F. C.P. 01280<br>5255 5598 1255 | services | | | | 32,500.00 |
| 15 | PUTTERS INTERNATIONALNV<br>Erasmuslaan 30,<br>B-1804 Cargovil Brussels<br>Belgium | PUTTERS INTERNATIONALNV<br>Erasmuslaan 30,<br>B-1804 Cargovil Brussels<br>Belgium<br>32-2-721-40-40 | services | | | | 2295.00 |
| 16 | CONSOLIDATED STRATEGIES<br>Unit 1C Phillippine Trade Center<br>No. 14 Calle Industria<br>Bagumbayan<br>Quezon City, Philippines | CONSOLIDATED STRATEGIES<br>Unit 1C Phillippine Trade Center<br>No. 14 Calle Industria<br>Bagumbayan<br>Quezon City, Philippines<br>632 637.5907 | services | | | | 3114.00 |
| 17 | MITCHELL Moving and Storage<br>18800 Southcenter Parkway<br>Seattle, WA  98188 | MITCHELL Moving and Storage<br>18800 Southcenter Parkway<br>Seattle, WA  98188<br>206-575-6800 | services | | | | 5363.60 |
| 18 | GOSSELIN Mobility NV<br>Belcrownlaan 23<br>Antwerpen<br>Belgium | GOSSELIN Mobility NV<br>Belcrownlaan 23<br>Antwerpen<br>Belgium<br>0032 3 360 55 00 | services | | | | 2500.00 |
| 19 | AGS Group<br>Lords View Industrial Park<br>2 Oak Road, Chloorkop, Midrand 1619<br>Johannesburg Midrand Gauteng 1685<br>South Africa | Gilbert Mulumba<br>AGS Group<br>Lords View Industrial Park<br>2 Oak Road, Chloorkop, Midrand 1619<br>Johannesburg Midrand Gauteng 1685<br>South Africa<br>27 832 72 3273 | services | | | | 3,700 |
| 20 | | | | | | | |