# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22−17189 − LSS**   Chapter: **11**

**Platinum Moving Services, Inc.**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A−H due 01/10/2023**<br>**Summary of Assets and Liab. due 01/10/2023**<br>**Stmt. of Fin. Affairs due 01/10/2023**<br>**Declaration for Schedules due 01/10/2023** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 1/10/23.**

**Additional information for non−attorney filers is available at http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 12/29/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Vicky Harper
410−962−4075

cc:  Debtor
   Attorney for Debtor − Diana Carolina Valle

Form ntcddl (03/05)