## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

|  |  |  |
|---|---|---|
| In re: | * | |
| | * | |
| Platinum Moving Services, Inc. | * | Chapter 11 |
| | * | Case No: 22-17189 |
| Debtor in Possession | * | |
| | * | |

## DEBTOR IN POSSESSION'S CONSENT MOTION TO DISMISS CASE

Debtor in Possession "Debtor," Platinum Moving Services, Inc., through proposed undersigned counsel[1] requests that the Court dismiss this case pursuant to U.S.C. § 1112, and states the following in support thereof:

### NOTICE

**MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.**

1. On January 18, 2023, the United States Trustee and Simply Funding, LLC consented to dismissal of this case via e-mail.

2. On January 19, 2023, M&T Bank and the Subchapter V Trustee consented to dismissal of this case telephonically. The Subchapter V Trustee indicated that she waived all any right to compensation.

3. Pursuant to U.S.C. § 1112 "on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter" to a Chapter 7 or dismiss the case, "whichever is in the best interests of creditors and the estate, for cause" unless the

---

[1] On December 27, 2022, Debtor in Possession submitted an application to employ Diana C. Valle of The Valle Law Firm, LLC, currently pending and subject to amendment based on an oral agreement between proposed undersigned counsel and the Subchapter V Trustee.

court determines that appointment of a trustee or examiner is in the best interest of creditors and the estate.

4. On January 18, 2023, this Court held a hearing where it advised that it would deny Debtor's emergency motion to use cash collateral by January 20, 2023 unless it entered into a consent cash collateral order with M&T Bank and Simply Funding, LLC.

5. The Debtor's operations have come to a halt and has customer deposits comingled with cash collateral that need to be immediately paid to vendors to release third party property, resulting in liability with the Federal Maritime Commission, and consequently, post petition claims, which is not in the best interests of the creditors and the estate.

6. There exists good cause to immediately dismiss this case, or risk irreparable damage to the estate.

WHEREFORE, the Debtor requests that this Court immediately dismiss this Case.

Respectfully submitted,

**The Valle Law Firm, LLC**

 /s/ Diana C. Valle_____
Diana C. Valle, Esq., Fed Bar # 18377
3 Bethesda Metro Center, Ste 700
Bethesda, MD 20814
Phone: 301-760-4204
diana.valle@vallelawfirm.com

*Proposed counsel for Debtor in Possession*

## COMPLIANCE WITH LBR 1017

I hereby certify that attached to this motion is a list of creditors to be noticed of any hearing pursuant to this motion.

 /s/ Diana C. Valle_____
Diana C. Valle

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **January 20, 2023**, a copy of the foregoing was served via CM/ECF electronic delivery and/or first-class mail and/or e-mail and/or facsimile transmission to the following:

Lynn A. Kohen and L. Jeanette Rice (via CM/ECF and first-class mail)
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
lynn.a.kohen@usdoj.gov
jeanette.rice@usdoj.gov

Shanna Kaminski (via CM/ECF and first-class mail)
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240
skaminski@kaminskilawpllc.com

Angela L. Shortall (via CM/ECF and first-class mail)
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202
ashortall@3cubed-as.com

Jeremy T. Scheetz (via facsimile and first-class mail)
International Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101
fax 844-278-8997

Airpark Equities, LLC (via CM/ECF and first-class mail)
c/o Bradshaw Rost, Esq.
Tenenbaum & Saas, P.C.
4504 Walsh Street, Suite 200
Chevy Chase, Maryland 20815
brost@tspclaw.com

Richard A. Dubose (via CM/ECF and first-class mail)
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
rdubo@gebsmith.com

Airpark Associates, LLC (via first-class mail)
c/o Elliott Schnitzer
5530 Wisconsin Avenue
Ste. 1000
Chevy Chase, MD 20815

Anderson & Quinn, LLC (via first-class mail and e-mail)
c/o Robert P. Scanlon
25 Wood Lane
Rockville, MD 20850
info@andersonquinn.com

Benkovics SA (via first-class mail and e-mail)
Attn: President/CEO
Santa Margarita de Youville 450 Asuncion, Paraguay
info@benkovics.com.py

Comcast Business Communications, LLC (via first-class mail)
c/o The Corporation Trust Incorporated
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093

General Marine, Inc. (via first-class mail and e-mail)
Attn. CEO/President
1325 Sixth Ave
Ste. 2800
New York, NY 10019
Fax: 212-534-4749

Global Movers Relocators (via first-class mail and e-mail)
Attn. CEO/President
10953 NW 122nd St
Miami, FL 33178
contact@globalmoversrelocators.com

Picorp Inc., Baltimore (via first class mail and facsimile)
c/o Richard A Wisner
6508 E. Lombard St.
Baltimore, MD 21224
Fax: 410-633-4535

DTI International Transportation, Inc. (via first-class mail and e-mail)
Attn: Owner/President
2833 Smith Ave., Ste #230
Baltimore, MD 20879
mldonaty@aol.com

Forward Financing, LLC (via first-class mail and e-mail)
c/o Justin Blakes, Cofounder/CEO
53 State Street
20th Floor
Boston, MA 02109
info@forwardfinancing.com

Wellen Capital (via first-class mail and e-mail)
c/o Jim Teppen, CEO
600 W. Jackson Blvd. Suite 750
Chicago IL 60661
info@wellen.com

Integra Plus, LLC (via first-class mail and e-mail)
c/o Jorge Hurtarte
15705 Mahogany Circle #104
Gaithersburg, MD 20878
info@integra-plus.com

Balderas S.A. de C.V. (via international first-class mail and e-mail)
Attn: President/CEO
Av. Miras 83, Lomas de Becerra
Alvaro Obregon. Mexico D.F.
C.P.01280
rates@balderas.com.mx

Putters International NV (via international first-class mail and e-mail)
Attn: President/CEO
Erasmuslaan 30,
B-1804 Cargovil Brussels
Belgium
info@putters.be

Consolidated Strategies (via international first-class mail and e-mail)
Attn: President/CEO
Unit 1C Phillippine Trade Center
No. 14 Calle lndustria
Bagumbayan
Quezon City, Philippines
info@csandsolutions.com

Alaska Seavan, Inc. DBA Mitchell Moving and Storage (via first-class mail and e-mail)
c/o Todd L. Haverson
18800 Southcenter Pkwy
Seattle, WA 98188
sean@mitchellmoving.com

Move One FZE (via international first-class mail and e-mail)
Attn: President/CEO
Building No.7WA 2043
P.O. Box 293505
Dubai Airport Free Zone
Dubai, UAE
accountsreceivable@moveoneinc.com

Gosselin Mobility NV (via international first class and e-mail)
Attn: President/CEO
Belcrownlaan 23
Antwerpen
Belgium
belgium@gosselin-moving.com

AGS Group (via international first-class mail and e-mail)
Attn: President/CEO
Lords View Industrial Park
2 Oak Road, Chloorkop, Midrand 1619
Johannesburg Midrand Gauteng 1685
South Africa
info@agsgroup.af

Arnold Packaging Company T/A Arnold Packaging (via first-class mail and e-mail)
c/o Michael N. Mercurio
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD 20814
sales@arnoldpackaging.com

Aidu International Relocation Services (via international first-class mail and e-mail)
Attn: President/CEO
Beijing Co, Ltd.
Room 812, Bldg 1, Xiangqinyuan
Konggang St, Shunyi District, Beijing
101318, China
services@aidugroup.com

Frank Friedman, CEO/President (via first class mail and e-mail)
Imperial PFS
30 Montgomery Street
Suite 501
Jersey City, NJ 07302
lisa.chandler@ipfs.com

Atlas Mex Relocations (via first-class international mail)
Attn. President/CEO
Moras 506, Col del Valle Sur, Benito Juá 03100 Ciudad
de México, CDMX, Mexico

Credibly of Arizona, LLC (via e-mail and first-class mail)
Attn. President/CEO
2500 Telegraph Road
Ste. 350
Southfield, MI 48033
customerservice@credibly.com

Dartrans, Inc. (via first-class mail)
c/o David A. Rice
2315 Ravenview Road
Timonium, MD 21093

Extra Space Management, Inc. (via first-class mail and e-mail)
c/o The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093

First Insurance Funding (via first-class mail and facsimile)
Attn: President/CEO
450 Skokie Blvd.
Ste. 1000
Northbrook, IL 60062
800-837-3709

JK Moving and Storage (via first-class mail and e-mail)
c/o The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093
info@jkmoving.com

John Gray Moving & Storage (via first-class mail and facsimile)
Attn: President/CEO
1405 Boulevard Hymus Doral,
Quebec H9P 1J5
Fax: 514-636-6039

Anthony Brown (via first-class mail and e-mail)
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21201
oag@oag.state.md.us

Pepco (via first-class mail)
c/o Corporate Creations Network Inc.
#700
2 Wisconsin Circle
Chevy Chase Md 20815

Raquel Fazio (via first-class mail and e-mail)
18609 Walker's Choice Road Apt. 4
Montgomery Village, MD 20886
info@platinum-moving.com

Sagredo Bellido & Associates, P.C. (via first-class mail and e-mail)
c/o Luis Bellido
4001 Jeffry Street
Silver Spring, MD 20906
claudia@sagredobellido.com

Transguard Insurance Company of America, Inc. (via first-class mail and e-mail)
Attn: President/CEO
215 Shuman Boulevard
Ste. 400
Naperville, IL 60563
new.loss@iatinsurance.com

Truist (via first-class mail and facsimile)
c/o William H. Rogers, CEO
214 N. Tryon St.
Charlotte, NC 28202
866-519-3479

Voerman a moving company (via international first-class mail and e-mail)
c/o President/CEO
P.O. Box 24092, Wolga 12 2491
BJ The Hague
The Netherlands
info@voerman.com

Washington Gas (via first-class mail and e-mail)
C/O Csc-Lawyers Incorporating Service Compan
7 St. Paul Street
Suite 820
Baltimore Md 21202
customersupport@washgas.com

Civil Process Clerk (via first class mail and facsimile)
U.S. Attorney's Office District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
301-344-4516

Merrick B. Garland (via first class mail)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

 /s/ Diana C. Valle_____
Diana C. Valle