**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re: | * |
| | * |
| Platinum Moving Services, Inc. | * Chapter 11 |
| | * Case No: 22-17189 |
| Debtor in Possession | * |
| | * |

**ORDER DISMISSING CASE**

Having considered Debtor in Possession's consent motion to dismiss case, and any opposition thereto, it is hereby:

**ORDERED**, that Debtor in Possession's motion is granted; and

**ORDERED**, that this case is dismissed.

Copies to:

Diana C. Valle, diana.valle@vallelawfirm.com

Lynn A. Kohen, lynn.a.kohen@usdoj.gov

L. Jeanette Rice, jeanette.rice@usdoj.gov

Shanna Kaminski, skaminski@kaminskilawpllc.com

Angela L. Shortall, ashortall@3cubed-as.com

Airpark Equities, LLC, brost@tspclaw.com

Richard A. Dubose, rdubo@gebsmith.com

Jeremy T. Scheetz
International Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Airpark Associates, LLC
c/o Elliott Schnitzer
5530 Wisconsin Avenue
Ste. 1000
Chevy Chase, MD 20815

Anderson & Quinn, LLC
c/o Robert P. Scanlon
25 Wood Lane
Rockville, MD 20850

Benkovics SA
Attn: President/CEO
Santa Margarita de Youville 450 Asuncion, Paraguay

Comcast Business Communications, LLC
c/o The Corporation Trust Incorporated
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093

General Marine, Inc.
Attn. CEO/President
1325 Sixth Ave
Ste. 2800
New York, NY 10019

Global Movers Relocators
Attn. CEO/President
10953 NW 122nd St
Miami, FL 33178

Picorp Inc., Baltimore
c/o Richard A Wisner
6508 E. Lombard St.
Baltimore, MD 21224

DTI International Transportation, Inc.
Attn: Owner/President
2833 Smith Ave., Ste #230
Baltimore, MD 20879

Forward Financing, LLC
c/o Justin Blakes, Cofounder/CEO
53 State Street
20th Floor
Boston, MA 02109

Wellen Capital
c/o Jim Teppen, CEO
600 W. Jackson Blvd. Suite 750
Chicago IL 60661

Integra Plus, LLC
c/o Jorge Hurtarte
15705 Mahogany Circle #104
Gaithersburg, MD 20878

Balderas S.A. de C.V.
Attn: President/CEO
Av. Miras 83, Lomas de Becerra
Alvaro Obregon. Mexico D.F.
C.P.01280

Putters International NV
Attn: President/CEO
Erasmuslaan 30,
B-1804 Cargovil Brussels
Belgium

Consolidated Strategies
Attn: President/CEO
Unit 1C Phillippine Trade Center
No. 14 Calle lndustria
Bagumbayan
Quezon City, Philippines

Alaska Seavan, Inc. DBA Mitchell Moving and Storage
c/o Todd L. Haverson
18800 Southcenter Pkwy
Seattle, WA 98188

Move One FZE
Attn: President/CEO
Building No.7WA 2043
P.O. Box 293505
Dubai Airport Free Zone
Dubai, UAE

Gosselin Mobility NV
Attn: President/CEO
Belcrownlaan 23
Antwerpen
Belgium

AGS Group
Attn: President/CEO
Lords View Industrial Park
2 Oak Road, Chloorkop, Midrand 1619
Johannesburg Midrand Gauteng 1685
South Africa

Arnold Packaging Company T/A Arnold Packaging
c/o Michael N. Mercurio
7501 Wisconsin Ave.
Suite 1000W
Bethesda, MD 20814

Aidu International Relocation Services
Attn: President/CEO
Beijing Co, Ltd.
Room 812, Bldg 1, Xiangqinyuan
Konggang St, Shunyi District, Beijing
101318, China

Frank Friedman, CEO/President
Imperial PFS
30 Montgomery Street
Suite 501
Jersey City, NJ 07302

Atlas Mex Relocations
Attn. President/CEO
Moras 506, Col del Valle Sur, Benito Juá 03100 Ciudad
de México, CDMX, Mexico

Credibly of Arizona, LLC
Attn. President/CEO
2500 Telegraph Road
Ste. 350
Southfield, MI 48033

Dartrans, Inc.
c/o David A. Rice
2315 Ravenview Road
Timonium, MD 21093

Extra Space Management, Inc.
c/o The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093

First Insurance Funding
Attn: President/CEO
450 Skokie Blvd.
Ste. 1000
Northbrook, IL 60062

JK Moving and Storage
c/o The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21093

John Gray Moving & Storage
Attn: President/CEO
1405 Boulevard Hymus Doral,
Quebec H9P 1J5

Anthony Brown
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21201

Pepco
c/o Corporate Creations Network Inc.
#700
2 Wisconsin Circle
Chevy Chase Md 20815

Raquel Fazio
18609 Walker's Choice Road Apt. 4
Montgomery Village, MD 20886
info@platinum-moving.com

Sagredo Bellido & Associates, P.C.
c/o Luis Bellido
4001 Jeffry Street
Silver Spring, MD 20906

Transguard Insurance Company of America, Inc.
Attn: President/CEO
215 Shuman Boulevard
Ste. 400
Naperville, IL 60563

Truist
c/o William H. Rogers, CEO
214 N. Tryon St.
Charlotte, NC 28202

Voerman a moving company
c/o President/CEO
P.O. Box 24092, Wolga 12 2491
BJ The Hague
The Netherlands

Washington Gas
C/O Csc-Lawyers Incorporating Service Compan
7 St. Paul Street
Suite 820
Baltimore Md 21202

Civil Process Clerk
U.S. Attorney's Office District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770

Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**"End of Order"**