Entered: January 20th, 2023
Signed: January 20th, 2023

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Platinum Moving Services, Inc., | * | Case No. 22-17189-LSS |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |
| | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *

**ORDER DENYING INTERIM USE OF CASH COLLATERAL**

On January 12 and 18, 2022, this matter came before the Court for a preliminary hearing on the Amended Emergency Motion for an Order Approving Interim and Final Use of Cash Collateral and Granting Adequate Protection and Other Relief [Dkt. No. 29] (the "Cash Collateral Motion"), filed by Debtor, and the Objections filed by the United States Trustee [Dkt. No. 38], M&T Bank [Dkt. No. 45], and Simply Funding, LLC [Dkt. No. 46]. For the reasons stated on the record at the conclusion of the hearing, the Court will deny Debtor's request for interim use of cash collateral. Further, as Debtor has since filed a Motion to Dismiss Case [Dkt. No. 62], the

Court has determined that no final hearing is necessary. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that Debtor's request for interim use of Cash Collateral set forth in the Cash Collateral Motion is DENIED.

cc: Debtor
Debtor's Counsel – Diana Carolina Valle
Subchapter V Trustee – Angela L. Shortall
U.S. Trustee – Lynn A. Kohen
M&T Bank – Richard A. DuBose, III
Simply Funding – Shanna Kaminski

**End of Order**