IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**PLATINUM MOVING SERVICES, INC.**<br>Debtor. | Case No. 22-17189-LSS<br>(Chapter 11) |

**LIMITED OBJECTION TO**
**MOTION TO DISMISS CASE**

John P. Fitzgerald, III, Acting United States Trustee for Region 4 (the "United States Trustee"), by counsel, files this Limited Objection to Motion to Dismiss Case. The United States Trustee does not object to the dismissal of this case. The United States Trustee, however, requests that the Court reserve jurisdiction to rule upon the United States Trustee's Motion to Review Conduct of Diana Carolina Valle and The Valle Law Firm, LLC for the Disallowance and Refund of Fees and Other Relief as may be Appropriate, which is currently pending, Dkt. 69.

Respectfully Submitted,

Dated: January 20, 2023

**JOHN P. FITZGERALD, III**
Acting United States Trustee, Region Four

By Counsel:

By: */s/ Lynn A. Kohen*
Lynn A. Kohen, Bar No. 10025
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Lynn.A.Kohen@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of January, 2023, a true and correct copy of the Limited Objection to Motion to Dismiss Case and proposed Order were served by ECF notification upon the following:

- **Richard A. DuBose**   rdubo@gebsmith.com
- **Shanna Kaminski**   skaminski@kaminskilawpllc.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Bradshaw Rost**   brost@tspclaw.com
- **Angela L. Shortall**   ashortall@3cubed-as.com, md70@ecfcbis.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Diana Carolina Valle**   diana.valle@vallelawfirm.com

*/s/ Lynn A. Kohen*
Lynn A. Kohen

2