Entered: January 20th, 2023
Signed: January 20th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22−17189 − LSS**   Chapter: **11**

**Platinum Moving Services, Inc.**
Debtor

### ORDER DISMISSING CASE ON REQUEST OF DEBTOR
### AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

The Debtor−in−Possession having requested voluntary dismissal of this Chapter 11 case, and after expedited notice appropriate under the circumstances to all creditors and the U.S. Trustee, and no party in interest having objected to the requested dismissal, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is dismissed; and it is further,

ORDERED, the Court shall retain jurisdiction over this bankruptcy case to rule upon the United States Trustee's Motion to Review the Conduct of Diana Carolina Valle and The Valle Law Firm, LLC, for the Disallowance and Refund of Fees and Other Relief as May be Appropriate [Dkt. No. 69] and any objections thereto; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor − Diana Carolina Valle
      Case Trustee − Angela L. Shortall
      U.S. Trustee
      All Creditors

### End of Order