UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                                              | Case No. 22-17189

Platinum Moving Services, Inc.

Debtor

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Angela L. Shortall*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  I have not requested, nor will I request, compensation in this matter.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.


Date: 1/23/2023            By:     */S/ Angela L. Shortall*
                                   Angela L. Shortall, Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**