# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **22–17189 – LSS**   Chapter: **11**

**Platinum Moving Services, Inc.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 3/22/23 at 10:00 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

69 – Motion to Review Conduct of Diana Carolina Valle and The Valle Law Firm, LLC, for the Disallowance and Refund of Fees and Other Relief as may be Appropriate Filed by US Trustee – Greenbelt. (Attachments: # 1 Proposed Order) (Kohen, Lynn)

79 – Response on behalf of Platinum Moving Services, Inc. Filed by Diana Carolina Valle (related document(s)69 Motion for Miscellaneous Relief filed by U.S. Trustee US Trustee – Greenbelt). (Attachments: # 1 Exhibit 1– Invoice # 2 Affidavit of Tate M. Russack # 3 Proposed Order) (Valle, Diana)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/24/23

                                                    Mark A. Neal, Clerk of Court
                                                    by Deputy Clerk, Kizzy Fraser
                                                    410–962–4277

Form ntchrgmdb (rev. 06/08/2020)