Entered: March 24th, 2023
Signed: March 24th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:** **PLATINUM MOVING SERVICES, INC.** Debtor. | Case No. 22-17189-LSS (Chapter 11) |

**ORDER RESOLVING
MOTION TO REVIEW THE CONDUCT OF
DIANA CAROLINA VALLE AND THE VALLE LAW FIRM, LLC,
FOR THE DISALLOWANCE AND REFUND OF FEES
<u>AND OTHER RELIEF AS MAY BE APPROPRIATE</u>**

Upon consideration of the Motion to Review the Conduct of Diana Carolina Valle and The Valle Law Firm, LLC, for the Disallowance and Refund of Fees and Other Relief as May be Appropriate, the opposition file by Diana Carolina Valle and The Valle Law Firm, LLC (collectively referred to as "Counsel"), the arguments and evidence presented at the hearing on March 20, 2023, including evidence that Counsel refunded $6,468 to the Debtor prior to the hearing; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Motion to Review the Conduct of Diana Carolina Valle and The Valle Law Firm, LLC, for the Disallowance and Refund of Fees and Other Relief as May be Appropriate be and hereby is GRANTED; and it is further

ORDERED that Counsel be and hereby is PROHIBITED from collecting any further fee for payment in connection with services rendered in this case; and it is further

ORDERED that the requirement to file a fee application pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016 be and hereby is waived for the $32 expense reimbursement that Counsel paid on behalf of the Debtor as more fully described in Debtor's Counsel's Response to Motion to Review the Conduct of Diana Carolina Valle and The Valle Law Firm, LLC, for the Disallowance and Refund of Fee and Other Relief as may be Appropriate, Dkt. 79; and it is further

ORDERED that, within twelve (12) months from the date of this Order, Counsel shall complete two continuing legal education courses that cover issues involved in Chapter 11 bankruptcy cases; and it is further

ORDERED that Counsel shall file a Notice of Completion within five (5) days of completing the last of the two continuing legal education courses as set forth above.

Cc:

Richard A. DuBose     rdubo@gebsmith.com
Shanna Kaminski     skaminski@kaminskilawpllc.com
Lynn A. Kohen     lynn.a.kohen@usdoj.gov
L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Bradshaw Rost     brost@tspclaw.com
Angela L. Shortall     ashortall@3cubed-as.com, md70@ecfcbis.com
US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
Diana Carolina Valle     diana.valle@vallelawfirm.com

Platinum Moving Services, Inc.
7610 Rickenbacker Drive
Office P
Gaithersburg, MD 20879

**END OF ORDER**