Entered: March 24, 2023
Signed:  March 24, 2023

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–17189 – LSS**   Chapter: **11**

**Platinum Moving Services, Inc.**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Case Trustee – Angela L. Shortall
U.S. Trustee

**End of Order**

odsctr – YvetteOliver