Entered: March 25th, 2024
Signed: March 25th, 2024

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| In re: | * |
| | * |
| | * |
| Platinum Moving Services, Inc. | *    Chapter 11 |
| | *    Case No: 22-17189 |
| Debtor in Possession | * |
| | * |

### ORDER GRANTING EXTENSION OF TIME

Having considered Diana Valle's motion for extension of time, it is hereby:

**ORDRED**, that Diana Valle's motion is granted;

**ORDERED**, that Diana Valle shall complete two continuing legal education courses covering issues involved in chapter 11 bankruptcy cases no later than September 24, 2024 and shall file a certificate of completion with this court five days after completion.

Copies to:
Diana Valle, diana.valle@vallelawfirm.com
Lynn A. Kohen, lynn.a.kohen@usdoj.gov
L. Jeanette Rice, Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
US Trustee – Greenbelt, USTPRegion04.GB.ECF@USDOJ.GOV

**"End of Order"**