## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re: | * |
| | * |
| Platinum Moving Services, Inc. | * Chapter 11 |
| | * Case No: 22-17189 |
| Debtor in Possession | * |
| | * |

### LINE FILING CERTIFICATES

Please file the attached certificates of completion of two continuing legal education courses in compliance with this Court's March 24, 2023 order.

**The Valle Law Firm, LLC**

_/s/ Diana C. Valle_
Diana C. Valle, Esq., Fed Bar# 18377
3 Bethesda Metro Center, Ste 700
Bethesda, MD 20814
Phone: 301-760-4204
diana.valle@vallelawfirm.com

*Counsel for Debtor*

### CERTIFICATE OF SERVICE

I hereby certify that on **September 25, 2024,** a copy of the foregoing was served via CM/ECF electronic delivery to the following:

Lynn A. Kohen, lynn.a.kohen@usdoj.gov
L. Jeanette Rice, Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
US Trustee – Greenbelt, USTPRegion04.GB.ECF@USDOJ.GOV

_/s/ Diana C. Valle_
Diana C. Valle