

**NATIONAL ACADEMY OF CONTINUING LEGAL EDUCATION**

MARYLAND CONTINUING LEGAL EDUCATION
# ATTORNEY AFFIRMATION

**Title of Course :** Introduction to Chapter 11, Subchapter V: An Accessible and Affordable Option for Small Businesses

**Name of Instructor :** Various Speakers

**Date Course Completed :** 9/11/2024

**Credits Earned :** 1.75 General

**Sku :** BNK5400

**Format :** Online Video

**Attendee**

**Name :** Diana Valle   **Firm :**

**Address :** 3 Bethesda Metro Center, Ste. 700

**City, State, Zip :** Bethesda, MD 20814

**Phone Number :** (301) 760-4204   **Fax Number :**

**Area of Practice :**

**Bar Number :** 18377   **Birthday :**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

*For Office Use Only*

( NOT VALID WITHOUT STAMP )

Diana Valle
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253   Fax : 516.481.4172